UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00004(1)-CRW |
| | § | |
| (1) Alejandro Huerta-Luna | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  May 12, 2026 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) Alejandro Huerta-Luna, which alleged that

Huerta-Luna violated a condition of his supervised release and recommended that

Huerta-Luna 's supervised release be revoked (Clerk's  Document No. 32).  A warrant

issued and Huerta-Luna was arrested.  On May 22, 2026, Huerta-Luna appeared before

a United States Magistrate Judge, was ordered detained, and a revocation of supervised

release hearing was set.

Huerta-Luna appeared before the magistrate judge on June 2, 2026, waived his

right to a preliminary hearing and to be present before the United States District Judge at

the time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on June 2, 2026, which provides that having carefully considered all of

the arguments and evidence presented by the Government and Defendant, based on the

original offense and the intervening conduct of Huerta-Luna, the magistrate judge recommends that this court revoke Huerta-Luna supervised release and that Huerta-Luna be sentenced to imprisonment for THREE (3) months, including credit for any time already served since his arrest, with no term supervised  release to follow the term of imprisonment  (Clerk's  Document  No. 45).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 2, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 44). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 45 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) Alejandro Huerta-Luna's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) Alejandro Huerta-Luna be imprisoned for THREE (3) months, including credit for any time already served since his arrest, with no term of supervised release.

Signed this 9th day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE